# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SARAH PADILLA,<br><br>      Plaintiff,<br><br>v.<br><br><br>ACS Group; and<br>DOE 1-5<br><br>      Defendants. | Civil Action No. _____ |

# COMPLAINT
**(Jury Trial Demanded)**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331. This District is of proper venue as Plaintiff is a resident within this District and Defendants engaged in the activities herein alleged against Plaintiff while Plaintiff so resided.

## PARTIES

3.      Plaintiff, Sarah Padilla (hereinafter "Plaintiff" or "Mrs. Padilla"), is a natural person residing in Edgewater, Colorado.  Defendant, ACS Group is believed to maintain its principle place of business at 3840 E. Robinson Rd. #165 in Amherst, NY.

4.      Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOE 1-5, and therefore sues these defendants by such fictitious names.  Plaintiff will amend this Complaint to allege the true names and capacities once ascertained.  Plaintiff believes and thereon alleges that the fictitiously named defendants are responsible in some manner for the occurrences herein alleged, and that such defendants are responsible to Plaintiff for damages and/or monies owed.

5.      ACS Group and DOE 1-5 shall hereafter be jointly referred to as "Defendants."

6.      Defendants regularly operate as third-party debt collectors and are "debt collectors" as defined by 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

7.      Defendants engaged in debt collection efforts in an attempt to collect a consumer debt allegedly owed by Mrs. Padilla.

8.      In mid-2012 Defendants began leaving voicemail messages for Mrs. Padilla on her mother's home phone number.

9.      Defendants repeatedly left the same voicemail message for Mrs. Padilla, the content of which is as follows: "You have an important legal matter in our office and we need a statement from you today.  Failure to contact our office today will result in a statement being provided for you and we will continue our legal proceedings.  You may press zero to be

connected to an agent immediately or you can call our office at 866-850-3712. Again this is an important and confidential message for Sarah Meier, account number 1371178. You have an important legal matter in our office and we need a statement from you today. Failure to contact our office today will result in a statement being provided for you and we will continue our legal proceedings. You may press zero to be connected to an agent immediately or you can call our office at 866-850-3712. This is an attempt to collect a debt. Any information will be used for that purpose."

10. Defendants continued to call and leave the messages on Mrs. Padilla's mother's home phone number through March 28, 2014. Mrs. Padilla does not reside with her mother. Mrs. Padilla's mother would advise Mrs. Padilla of the messages and forward them to her. Mrs. Padilla never authorized Defendants to discuss her alleged debt or otherwise communicate with her mother or any other third-party.

11. Increasingly concerned and harassed by Defendants' calls, Ms. Padilla retained counsel with Centennial Law Offices.

12. As a direct result of the collection activity herein alleged, Ms. Padilla incurred legal fees of $2,555.00.

## CAUSES OF ACTION

### COUNT I

13. Plaintiff re-alleges paragraphs 1 through 12, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692d(6) with regards to

Plaintiff as follows: Defendants failed to provide meaningful disclosure of their identity in their telephone messages to Plaintiff.

## COUNT II

14.     Plaintiff re-alleges paragraphs 1 through 12, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692c(b) by communicating, in connection with the collection of a debt, with a third-party without Plaintiff's consent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, recovery for each cause of action in the alternative, as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For $2,555.00 in legal fees incurred in responding to unlawful collection activity;

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k);

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date:  September 12, 2014

        s/Robert Amador
        _____
        ROBERT AMADOR, ESQ.
        Attorney for Plaintiff SARAH PADILLA
        Centennial Law Offices
        9452 Telephone Rd. 156
        Ventura, CA. 93004
        (888)308-1119 ext. 11
        (888)535-8267 fax
        R.Amador@centenniallawoffices.com