IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02556-RBJ-CBS

SARAH PADILLA,
    Plaintiff,
v.

ACS GROUP and
Doe 1-5,
    Defendants.
_____

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for personal service of the Complaint (Doc. # 1) on Defendant ACS Group.  Ms. Padilla is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* November 4, 2014 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915" (Doc. # 8)).  Upon information and belief, Defendant ACS Group maintains a principal place of business at 3840 E. Robinson Rd. #165 in Amherst, New York.  (*See* Complaint (Doc. #1) at ¶ 3). Accordingly,

    IT IS ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from **ACS Group,** as identified above.  If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Complaint (Doc. # 1) and summons (Doc. # 3) upon Defendant ACS Group.  Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

    FURTHER ORDERED that after service of process, ACS Group shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 4th day of November, 2014.

BY THE COURT:

_s/ Craig B. Shaffer_
United States Magistrate Judge