IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02556-RBJ-CBS

SARAH PADILLA,
    Plaintiff,
v.

ACS GROUP and
Doe 1-5,
    Defendants.
_____

ORDER WITHDRAWING ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

Magistrate Judge Craig B. Shaffer

    The address for ACS Group as provided by Plaintiff in her Complaint is insufficient for effecting process. (*See* Complaint (Doc. #1) at ¶ 3). Accordingly, it is

    ORDERED that the Order Granting Service by United States Marshal (Doc. #9) is WITHDRAWN. It is

    FURTHER ORDERED that a Telephone Status Conference is set for November 25, 2014 at 10:30 am MST to discuss serving ACS Group. Counsel for Plaintiff is directed to contact the court at 303.844.2117 at the designated time.

    DATED at Denver, Colorado, this 4th day of November, 2014.

                                       BY THE COURT:

                                        s/ Craig B. Shaffer
                                        United States Magistrate Judge