IN THE UNITED STATES DISTRICT COURT  FOR
THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02556-RBJ-CBS

SARAH PADILLA,

Plaintiff,

v.

ACS RECOVERY INC.,
MATTHEW CLASS, and
DOE 1-5,
    Defendants.

_____

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for personal service of the First Amended Complaint (Doc. # 20) on Defendant ACS Recovery, Inc. and Matthew Class.  Ms. Padilla is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  See November 4, 2014 "Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915" (Doc. # 8)).  Upon information and belief, Defendant ACS Recovery, Inc. maintains a principal place of business at 5720 Tonawanda Creek, Lockport, New York  14094-9535 .  (See Amended Complaint (Doc. # 50) at ¶ 3).  Mr. Class is the CEO of ACS Recovery, Inc.  Accordingly,

    IT IS ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from ACS Recovery, Inc. and Matthew Class.  If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the First Amended Complaint (Doc. # 20) and summons (Docs. # 21 and # 21-1) upon Defendant ACS Recovery, Inc. and Matthew Class.  Where appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

    It is FURTHER ORDERED that after service of process, ACS Recovery, Inc. and Matthew

Class shall respond to the First Amended Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 26th day of January, 2015.

                                          BY THE COURT:

                                          s/ Craig B. Shaffer
                                        United States Magistrate Judge